# Order

Michigan Supreme Court
Lansing, Michigan

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153008

TERIDEE LLC, JOHN F. KOETJE TRUST,
and DELIA KOETJE TRUST,
            Plaintiffs-Appellees,
v

HARING CHARTER TOWNSHIP and
CLAM LAKE TOWNSHIP,
            Defendants-Appellants.
_____/

SC:  153008
COA:  324022
Wexford CC:  2013-024803-CH

On order of the Court, the application for leave to appeal the December 8, 2015 judgment of the Court of Appeals is considered, and it is GRANTED.  The parties shall include among the issues to be briefed:  (1) whether the defendant townships' Agreement pursuant to the Intergovernmental Conditional Transfer of Property by Contract Act, 1984 PA 425, MCL 124.21 *et seq*. (Act 425), was void because certain provisions of the Agreement contracted away Haring Township's legislative zoning authority; (2) if so, whether the offending provisions of the defendant townships' Act 425 Agreement were severable; and (3) whether the challenged provisions of the Act 425 Agreement were authorized by Section 6(c) of Act 425, MCL 124.26(c).

The Michigan Townships Association and the Michigan Municipal League are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

We further ORDER that this case be argued and submitted to the Court together with the case of *Clam Lake Twp v Department of Licensing and Regulatory Affairs* (Docket No. 151800), at such future session of the Court as both cases are ready for submission.  In light of the joint submission, the time allotted for oral argument shall be limited to fifteen minutes per side in each case.  MCR 7.314(B)(1).  Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these two cases should be filed in *Clam Lake Twp v Department of Licensing and Regulatory Affairs* (Docket No. 151800) only and served on the parties in both cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016



Clerk

a0330